UNITED STATES DISTRICT COURT CLERK
EASTERN DISTRICT OF TENNESSEE
220 WEST DEPOT STREET, SUITE 200
GREENEVILLE, TENNESSEE 37743

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

KNOXVILLE TN 377
30 OCT 2025AM 4 L



Anthony Argiropoulos
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
4365 Route 1 South
Suite 301
Princeton, NJ 08540

Doc. 14

BAKE261    076  DC 1     N   C7211/17/25
        UNABLE TO FORWARD/FOR REVIEW

NIXIE      076  DE 1          0011/25/25
            RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
BC: 37743110050       *1059-00833-30-1

076 MFE 1     B25C0011/09/25
NOTIFY SENDER OF NEW ADDRESS
BAKER DONELSON
281 WITHERSPOON ST FL 3
PRINCETON NJ 08540-3229

Case 2:25-cv-00176-DCLC-CRW    Document 21    Filed 12/03/25    Page 1 of 1    PageID #: 509