UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

BALLAD HEALTH, et al.,

    Plaintiff,

v.

    Case No. 2:25-cv-176-DCLC-CRW

UNITEDHEALTH GROUP, INC., et al.

    Defendant.

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for **UnitedHealth Group Incorporated & UnitedHealthc**, moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $150.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

**North Carolina, District of Columbia, and Georgia**

[✓] AND I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

## OR

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **12/2/2025**

_____
(Signature–hand signed)

Name: **Brian D. Boone**
Firm: **Alston & Bird LLP**
Address:
    **1120 South Tryon Street, Suite 300, Charlotte, NC 28203**

Email address: **brian.boone@alston.com**

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Western **DISTRICT OF** North Carolina

**CERTIFICATE OF GOOD STANDING**

I, _____Katherine Hord Simon_____, *Clerk of this Court,*

*certify that* _____Brian D. Boone_____, *Bar #* _____38910_____,

*was duly admitted to practice in this Court on*

_____3/6/2012_____, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* _____Charlotte_____ *on* _____12/2/2025_____.
LOCATION                                          DATE


_____                    _____
CLERK                                          DEPUTY CLERK