**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**GREENEVILLE DIVISION**

BALLAD HEALTH, et al.,

          Plaintiffs,

   vs.                               No. 2:25-CV-176-DCLC-CRW

UNITEDHEALTH GROUP
INCORPORATED, et al.,

          Defendants.

---

**MOTION TO COMPEL ARBITRATION,**
**OR ALTERNATIVELY, TO DISMISS THE COMPLAINT**
**FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM**

      In accordance with the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, Defendants UnitedHealthcare Insurance Company (UHIC) and UnitedHealth Group Incorporated (UHG) move to compel arbitration. Alternatively, in accordance with Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), Defendants move to dismiss the Complaint for lack of personal jurisdiction and failure to state a claim. Defendants are filing their brief in support of the motion under separate cover, with redactions to protect confidential information quoted throughout that brief that Defendants are moving to file under seal.

Respectfully submitted this 4th day of December, 2025.

*s/ John E. Winters*
John E. Winters (BPR # 016345)
**KRAMER RAYSON, LLP**
PO Box 629
Knoxville, TN 37901-0629
(865) 524-5134
jwinters@kramer-rayson.com

Brian D. Boone (pro hac vice pending)
**ALSTON & BIRD LLP**
Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
(704) 444-1000
brian.boone@alston.com


Esmat Hanano (pro hac vice pending)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 W Peachtree St NW, Suite 4900
Atlanta, GA 30309
(404) 881-7000
esmat.hanano@alston.com

*Counsel for Defendants UnitedHealth
Group Incorporated & UnitedHealthcare
Insurance Company*

## CERTIFICATE OF CONFERRAL

The parties have conferred and disagree as to whether the deficiencies in the complaint could be cured by amendment.

*s/ John E. Winters*
John E. Winters

## CERTIFICATE OF SERVICE

On this 4th day of December, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which serves a true and correct copy of the same to all attorneys.

*s/ John E. Winters*
John E. Winters