UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| BALLAD HEALTH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 2:25-CV-176 |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED HEALTH GROUP, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

Defendants UnitedHealthcare Insurance Company ("UHIC") and UnitedHealth Group Incorporated ("UHG") (collectively, "United Defendants") have filed an Unopposed Motion for Leave to File Document Under Seal [Doc. 35] requesting leave to file under seal their Reply Supporting the Motion to Compel Arbitration, or Alternatively to Dismiss the Complaint for Lack of Personal Jurisdiction and Failure to State a Claim, which quotes and discusses at length confidential agreements and amendments previously filed under seal in this action. In support, the United Defendants claim that the memorandum contains confidential and proprietary information and includes "terms that preclude or limit their content's public disclosure." [Doc. 35]. The United Defendants attached to their Motion a redacted version of their Reply which the Court has reviewed and found to contain reasonable redactions. Additionally, Plaintiffs do not oppose the Motion.

The Court finds the Motion [Doc. 35] filed by the United Defendants to be well-taken and it is **GRANTED**. The Clerk is directed to file the Proposed Sealed Document [Doc. 36] under seal.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge