# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT GREENEVILLE

BALLAD HEALTH, MOUNTAIN STATES HEALTH ALLIANCE, WELLMONT HEALTH SYSTEM, TAKOMA REGIONAL HOSPITAL, INC., WELLMONT HAWKINS COUNTY MEMORIAL HOSPITAL, INC., DICKENSON COMMUNITY HOSPITAL, INC., JOHNSTON MEMORIAL HOSPITAL, INC, SMYTH COUNTY COMMUNITY HOSPITAL,

Plaintiffs,

v.

UNITEDHEALTH GROUP, INC., and UNITED HEALTHCARE INSURANCE COMPANY,

Defendants.

Civ. Action No. 2:25-cv-00176 (CLC)(CRW)

## JOINT STIPULATION

Plaintiffs Ballad Health, Mountain States Health Alliance, Wellmont Health System, Takoma Regional Hospital, Inc., Wellmont Hawkins County Memorial Hospital, Inc., Dickenson Community Hospital, Inc., Johnston Memorial Hospital, Inc., and Smyth County Community Hospital (altogether, "Plaintiffs" or "Ballad Health") and Defendants UnitedHealth Group, Incorporated ("UHG") and United Healthcare Insurance Company ("UHC" and together with UHG, "Defendants" or "United"), through their counsel, hereby stipulate and agree as follows:

1. Any and all communications between Ballad's (or its affiliates') personnel or agents and United's (or its affiliates') personnel or agents, which occurred or occur during the period of time beginning on the date of the lawsuit's filing (October 21, 2025) and ending upon

either party providing 14 days written notice, that relate to any and all disputes relating to the payment of medical claims will not be used in this lawsuit, any arbitration, or any other litigation.

Dated: March 27, 2026

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

s/ *William Gibson*
William Gibson, Esq. *(pro hac vice)*
281 Witherspoon Street, 3rd Floor
Princeton, New Jersey 08540
(609) 490-4844
wgibson@bakerdonelson.com

Nora A. Koffman (BPR 038025)
602 Sevier Street, Suite 300
Johnson City, Tennessee 37604
(423) 928-0181 (phone)
nkoffman@bakerdonelson.com

Anthony Argiropoulos, Esq. *(pro hac vice)*
Thomas Kane *(pro hac vice)*
William Gibson, Esq. *(pro hac vice)*
281 Witherspoon Street, 3rd Floor
Princeton, New Jersey 08540
(609) 490-4844
aargiropoulos@bakerdonelson.com
tkane@bakerdonelson.com
wgibson@bakerdonelson.com

*Attorneys for Plaintiffs*

**KRAMER RAYSON, LLP**

s/ *John E. Winters*
John E. Winters (BPR # 016345)
PO Box 629
Knoxville, TN 37901-0629
(865) 524-5134
jwinters@kramer-rayson.com

**ALSTON & BIRD LLP**

Brian D. Boone (*pro hac vice*)
Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
(704) 444-1000
brian.boone@alston.com

Esmat Hanano (*pro hac vice*)
One Atlantic Center
1201 W Peachtree St NW, Suite 4900
Atlanta, GA 30309
(404) 881-7000
esmat.hanano@alston.com

*Attorneys for Defendants*