UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| BALLAD HEALTH, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP INCORPORATED, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:25-CV-00176-DCLC-CRW |

**JUDGMENT**

This case came before the Court on Defendants' Motion to Compel Arbitration [Doc. 24]. For the reasons stated in the accompanying Order, Defendants' Motion is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE** pending arbitration. Accordingly, the Clerk is **DIRECTED** to close this case.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ LeAnna Wilson
Clerk of Court